## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID PAULE, | ) | 3:16-cv-00052-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 21, 2016 |
| | ) | |
| GUICE, et a.l., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is Plaintiff's Motion to Dismiss Mediator Stephen Balkenbush (ECF No. 19).  On November 1, 2016, the parties had their early mediation conference before Mediator Stephen Balkenbush and were unable to reach a settlement (ECF No. 13).  On November 7, 2016, the Office of the Attorney General filed their Status Report regarding results of the 90-day stay (ECF No. 14).  Therefore, the Mediator's role is concluded.

     Plaintiff's Motion to Dismiss Mediator Stephen Balkenbush (ECF No. 19) is **<u>DENIED</u>**.

     **IT IS SO ORDERED.**

                                                                                            LANCE S. WILSON, CLERK

                                                                                By:  <u>     /s/                       </u>
                                                                                             Deputy Clerk