1  ADAM PAUL LAXALT
   Nevada Attorney General
2  WADE BEAVERS
   Deputy Attorney General
3  Nevada Bar No. 13451
   Bureau of Litigation
4  Public Safety Division
   100 No. Carson St.
5  Carson City, NV  89701-4717
   Tel: 775-684-1209
6  E-Mail: wbeavers@ag.nv.gov

7  *Attorneys for Defendants Stacy Barrett*
   *and Robert Owens*

8

9

10

11                 **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13  DAVID PAULE,                          Case No.  3:16-cv-00052-MMD-WGC

14                        Plaintiff,      **STIPULATION AND ORDER FOR**
                                          **DISMISSAL WITH PREJUDICE**
15  v.

16  C/O GUICE, *et al.*,

17                        Defendants.

18        Plaintiff, David Paule, appearing pro se, and Defendants Stacy Barrett and Robert Owens, by and

19  through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Wade Beavers, Deputy

20  Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-

21  captioned action should be dismissed with prejudice.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties.  Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 2Ω day of ＿December 2016.

DATED this 6th day of ＿January＿, 2017.

ADAM PAUL LAXALT
Attorney General

By:＿＿＿＿＿
DAVID PAULE
*Plaintiff, Pro Se*

By:＿＿＿＿＿
WADE BEAVERS
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this ˍ10thˍ day of ＿January＿, 2017ˍ.

＿＿＿＿＿
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE